IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DANNY SANDERS, # 141012, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.  1:12-cv-780-TMH |
| ) | [wo] |
| ANDY HUGHES (SHERIFF) *et. al.*, ) | |
| ) | |
| Defendants. ) | |

**OPINION and ORDER**

On October 1, 2012, the Magistrate Judge filed a Recommendation in this case to dismiss the action with prejudice prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(b)(i) because his complaint is frivolous.  (Doc. 3).  No objections have been filed to the Recommendation. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge,  it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case be DISMISSED with prejudice prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

Done this the 30th day of January, 2013.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE